UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS DAY aka RICKEY LOUIS ALFORD,<br><br>Plaintiff,<br><br>v.<br><br>SUPREME COURT STATE OF CALIFORNIA, et al.,<br><br>Defendants. | No. 2:19-cv-1320 JAM DB PS<br><br>ORDER |

Plaintiff is proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On November 6, 2019, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and plaintiff has not filed any objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 6, 2019 (ECF No. 4) are adopted in full;

2. Plaintiff's July 15, 2019 application to proceed in forma pauperis (ECF No. 2) is denied;

3. Plaintiff's July 15, 2019 complaint (ECF No. 1) is dismissed without leave to amend; and

4. This action is dismissed.

DATED: January 23, 2020

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE